NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6698

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        JUL 25 2019

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> Jose Alfredo MOLINA-Guerrero and ) <br> Christopher URIBE ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Defendant(s). ) | No. 2:19-mj-00547-VCF <br><br> **COMPLAINT** <br><br> 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(viii) and (i): <br> Conspiracy to Distribute a Controlled Substance – Methamphetamine and Heroin <br><br> 21 U.S.C. §§ 841 (a)(1) and (b)(1)(A)(viii) and (i): <br> Possession with Intent to Distribute a Controlled Substance – Methamphetamine and Heroin |

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned complainant, being duly sworn, deposes and states:

### COUNT 1
**Conspiracy to Distribute a Controlled Substance – Methamphetamine and Heroin**

Beginning from a time unknown and continuing up to and including July 24, 2019, in the District of Nevada, defendants Jose Alfredo MOLINA-Guerrero and Christopher URIBE defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with individuals known and unknown to distribute 500 grams or more of a mixture and substance

containing a detectable amount of methamphetamine, a Schedule II Controlled Substance and 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) and (i).

## COUNT 2
**Possession with Intent to Distribute a Controlled Substance - Methamphetamine and Heroin**

On or about July 24, 2019, in the District of Nevada, defendants Jose Alfredo MOLINA-Guerrero and Christopher URIBE, did knowingly and intentionally to possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, and 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii) and (i).

1. On or about July 22, 2019, Drug Enforcement Administration (DEA) Special Agent (SA) Rumschlag was contacted by a confidential source (CS), referencing an individual, later identified as Jose Alfredo MOLINA-Guerrero (MOLINA-Guerrero), who utilized telephone number 442-484-7686, who was able to supply approximately twenty (20) pounds of methamphetamine, 5,000 clandestinely manufactured counterfeit Oxycodone pills, suspected to contain fentanyl, and one (1) kilogram of heroin for sale. The CS told SA Rumschlag that the narcotics were traveling from California to Las Vegas, NV, for purchase on July 24, 2019. The CS advised that the initial negotiated price of the methamphetamine was a total of $46,000.00 ($2,300.00 per pound), the price of the pills was a total of $60,000.00 ($12.00 per pill) and the price for the kilogram of heroin was $27,000.00; for a total purchase price of $133,000.00.

2. On or about July 24, 2019, SA Rumschlag and Task Force Officer (TFO) Neal instructed the CS to contact MOLINA-Guerrero, via telephone number 442-484-7686, and arrange

2

for the CS to meet with MOLINA-Guerrero at Morton's Travel Center parking lot located at 1000 East Cheyenne Avenue, North Las Vegas, Nevada 89030, in order for law enforcement to seize the narcotics.

3. Law enforcement established surveillance in the parking lot of the Morton's Travel Center. The CS was instructed to call MOLINA-Guerrero and direct him (MOLINA-Guerrero) to the CS' location. The CS advised SA Rumschlag and TFO Neal that MOLINA-Guerrero agreed to the meet and would arrive in 20 to 25 minutes at the CS' location.

4. Prior to the meet, SA Rumschlag and TFO Neal searched the CS for illegal contraband, with negative results. SA Rumschlag and TFO Neal equipped the CS with an audio recording device to monitor the CS' activities during the meeting and seizure of the narcotics. At the meet location, law enforcement was able to keep constant visual on the CS. At approximately 1:37 p.m., law enforcement observed the a white colored Ford sedan, bearing California license plate #7JYZ912, registered to Christopher Ricardo Uribe at 53250 Calle La Paz, Coachella, CA 92236, drive past the area where the CS was standing, near the Morton's Travel Center. At approximately 1:40 p.m., the CS contacted SA Rumschlag and TFO Neal and advised that the white Ford sedan was the vehicle that the CS was to meet with. At that time, SA Rumschlag observed the white Ford sedan parked in the semi-truck parking lot area near where the CS was standing. Furthermore, SA Rumschlag observed a skinny Hispanic male, later identified to be MOLINA-Guerrero, walking towards the CS. At that time, law enforcement officers attempted to re-position their locations to observe the CS' activities. At approximately 1:43 p.m., Officers observed the CS, MOLINA-Guerrero and another Hispanic male later identified as URIBE standing near the trunk of the vehicle, with the truck compartment of the sedan open. At that time, the CS notified SA Rumschalg that he/she had observed the narcotics and gave the pre-determined arrest signal. Nevada Highway Patrol (NHP) Trooper Amber Sandoval then advised that the signal was given

and law enforcement officers converged on the white Ford sedan. MOLINA-Guerrero fled on foot and was found hiding behind barrels in a nearby garage and subsequently arrested. Christopher URIBE was also taken into custody without incident.

5. A search of the trunk of the white Ford sedan revealed a large white, pink and black "Marshal's" re-usable plastic bag, with an open top, that contained approximately 20 clear plastic wrapped packages, believed to further contain suspected methamphetamine; and one (1) plastic wrapped package, believed to further contain a kilogram of suspected brown heroin and additional amounts of packages of black heroin; all of which were visible from the open top of the large white, pink and black "Marshal's" re-usable plastic bag.  Subsequently, the suspected methamphetamine and the suspected heroin were transported to the DEA Office for processing. A field test of the suspected methamphetamine tested positive for the presence of methamphetamine, and had a total weight of 9,112.9 grams of methamphetamine. A field test of the suspected kilogram of brown heroin tested positive for the presence of heroin, had a total weight of 990.9 grams of heroin. A third field test of the suspected black heroin tested positive for the presence of heroin, had a total weight of 366.7 grams of heroin; for a total weight of 1,357.6 grams of heroin. The methamphetamine and heroin were later booked into the North Las Vegas Police Department (NLVPD) Drug Evidence room for safekeeping, pending submission for analysis.

6. On July 24, 2019, at the DEA LVDO, TFO Neal and SA Rumschlag completed a debriefing of the CS. The CS stated that at the truck stop parking lot, he/she initially met with the user of 442-484-7686 (MOLINA-Guerrero) and then walked to the white Ford sedan where he/she met with the second Hispanic male (URIBE). The CS stated that at the trunk of the sedan, URIBE opened the trunk compartment and then opened to the white, pink and black "Marshal's" re-usable bag. The CS stated that MOLINA-Guerrero in the presence of URIBE then stepped up to the opened white, pink, and black "Marshal's" re-usable bag and showed the CS the narcotics. The CS

stated that he/she asked MOLINA-Guerrero showed the CS the one (1) kilogram of heroin with the clandestinely manufactured counterfeit Oxycodone pills, where appeared to be wrapped together. The CS stated that after observing the narcotics he/she called SA Rumschlag and gave the predetermined signal that the CS observed the narcotics.

7.   On July 24, 2019, TFO Neal and NLVPD Officer Smith, at the DEA LVDO, advised MOLINA-Guerrero his rights per Miranda in Spanish, at which time MOLINA-Guerrero agreed to speak to law enforcement without the presence of an attorney in both Spanish and English. MOLINA-Guerrero stated he was passed a telephone number for someone he only knew as "Compadre" from a friend who was moving back to Mexico. MOLINA-Guerrero stated that he agreed to delivery narcotic to Las Vegas for "Compadre." MOLINA-Guerrero stated that he was sent to Buena Park, CA where he met with an unknown Hispanic male on a side street. MOLINA-Guerrero stated that this unknown Hispanic male provided MOLINA-Guerrero a bag that contained narcotics, stating that it was the same bag that was in the trunk of the vehicle. MOLINA-Guerrero was asked if he knew what was in the bag and MOLINA-Guerrero stated, "Drugs." MOLINA-Guerrero stated that after he picked up the drugs, "Compadre" provided him the telephone number to the guy in Las Vegas who MOLINA-Guerrero was supposed to deliver the narcotics to. MOLINA-Guerrero stated that he later made contact with the guy in Las Vegas and agreed to meet at the truck stop where he was arrested at. MOLINA-Guerrero stated that at the truck stop, he and URIBE went to the trunk of the sedan and showed the Las Vegas guy the drugs, which MOLINA-Guerrero identified the narcotics as "crystal." MOLINA-Guerrero stated that he was to be paid $84,000.00 by the Las Vegas guy. MOLINA-Guerrero further stated that he was to be paid an unknown amount of money by "Compadre" for delivering the narcotics. Furthermore, MOLINA-Guerrero stated that he had to make the delivery because "Compadre" knew his family in Mexico.

…

8.   On July 24, 2019, TFO Neal and NLVPD Officer Smith advised URIBE ~~her~~ his rights per Miranda in Spanish, at which time URIBE agreed to speak to law enforcement without the presence of an attorney in both Spanish and English. URIBE stated that MOLINA-Guerrero asked him about one (1) week prior if URIBE wanted to travel to Las Vegas, which URIBE agreed to do so because he had never been to Las Vegas. URIBE stated that he picked up MOLINA-Guerrero from his (MOLINA-Guerrero) house that morning and traveled to Las Vegas. URIBE stated that MOLINA-Guerrero asked URIBE if they could drop something off to MOLINA-Guerrero's cousin, which URIBE agreed to do so. URIBE stated that they met at the truck stop with a guy and he, MOLINA-Guerrero and the guy went to the trunk of car. URIBE stated that the vehicle was his so he opened the trunk of the vehicle and grabbed the white, pink and black bag to give to the unknown guy and observed "the plastic pouches" inside the bag. URIBE stated that he put the bag back into the trunk and stepped to the side of the vehicle. URIBE stated that he then observed the unknown guy on the phone and then the police arrived. URIBE stated that he had nothing further to add.

9.   Based on the foregoing, your Affiant believes there is probable cause to believe that Jose Alfredo MOLINA-Guerrero and Christopher URIBE did knowingly and intentionally possess with the intent to distribute approximately 9,112.9 grams of methamphetamine, a Schedule II controlled substance, and 1,357.6 grams of heroin, a Scheduled I controlled substance, both in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i). Furthermore, your Affiant believes there is probable cause to believe that Jose Alfredo MOLINA-Guerrero and Christopher URIBE did knowingly and intentionally conspire to possess with the intent to distribute

...

...

...

approximately 9,112.9 grams of methamphetamine, a Schedule II controlled substance, and 1,357.6 grams of heroin, a Scheduled I controlled substance, both in violation of Title 21, United States Code, Section 846.

Matthew Rumschlag, Special Agent
Drug Enforcement Administration

SUBSCRIBED and SWORN to before me this _____ day of July, 2019.

HONORALBE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE